IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHRISTOPHER JAY SCAPEROTTA, #A6083262,<br><br>        Plaintiff,<br><br>    vs.<br><br>KAUAI POLICE DEPARTMENT, *et al.*,<br><br>        Defendants. | Civil No. 20-00546 DKW-RT<br><br>ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS BY A PRISONER |

Before the Court is pro se Plaintiff Christopher Jay Scaperotta's ("Scaperotta") Application to Proceed In Forma Pauperis by a Prisoner ("IFP Application"). ECF No. 2. Scaperotta is currently incarcerated at the Oahu Community Correctional Center. The IFP Application lacks certification by prison officials of the amount currently in Scaperotta's prison account. *See* ECF No. 2 at 2; 28 U.S.C. § 1915(a)(2). Scaperotta's IFP Application is thus DENIED as incomplete.

Scaperotta is DIRECTED to submit a complete IFP Application on the proper form containing: (1) certification by prison officials of the amount currently in his prison account; (2) an account statement for the preceding six months showing all deposits and withdrawals to Scaperotta's account during that

period; and (3) Scaperotta's consent to the withdrawal of funds from his account. Failure to pay the filing fee or submit a complete IFP Application on or before January 13, 2021 will result in automatic dismissal of this suit without prejudice. *See* Fed. R. Civ. P. 41(b); *see also Olivares v. Marshall*, 59 F.3d 109, 112 (9th Cir. 1995). The Court will take no action on any future filings until Scaperotta pays the filing fee or is granted IFP status.

The Clerk is DIRECTED to send Scaperotta an Application to Proceed In Forma Pauperis by a Prisoner so that he can comply with this Order.

IT IS SO ORDERED.

DATED: December 14, 2020 at Honolulu, Hawaii.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*Christopher Jay Scaperotta v. Kauai Police Dep't, et al.*; Civil No. 20-00546 DKW-RT; **ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS BY A PRISONER**